# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JO-BLANCHE CORPORATION

VERSUS

CARLO J. MARCELLO, JR.,
CARLI MARCELLO WORSHAM AND
CHRISTY MARCELLO CHAMBERS

NO.  2024 CW 0561

**AUGUST 12, 2024**

---

In Re:   Jo-Blanche Corporation, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 144087.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's May 22, 2024 judgment which denied defendants' motion for reduction in the amount of security required for suspensive appeal and increased the amount of the security is reversed. The district court's April 19, 2024 judgment which is the subject of the motion for suspensive appeal is one which distributes a fund in custodia legis. Accordingly, the amount of security for a suspensive appeal thereof should be sufficient to secure the payment of costs. See La. Code Civ. P. art. 2124(B)(2). Defendants' motion for reduction in the amount of security is granted, and this matter is remanded to the district court with instructions to set the amount of security for the suspensive appeal in accordance with La. Code Civ. P. art. 2124(B)(2) and provide defendants with a reasonable time within which to post the security.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT